**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6235**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE BENNETT,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Winston-Salem. William L. Osteen,
District Judge. (CR-94-189)

———————————

Submitted: April 18, 2002        Decided: April 30, 2002

———————————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

George Bennett, Appellant Pro Se. Benjamin H. White, Jr., OFFICE
OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Bennett appeals the district court's order denying his motion for a reduction of sentence for substantial assistance under Fed. R. Crim. P. 35(b).[*]  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Bennett</u>, No. CR-94-189 (M.D.N.C. Jan. 24, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]  Bennett styled the motion for relief as "specific performance."